UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA | CASE NO. CR514-10

VS. |

BENJAMIN ROBERT TAYLOR |

## IN RE: LEAVE OF ABSENCE

Motion for Leave of Absence has been requested by Jared L. Roberts for period of February 3 to 6 of 2015. The request for leave of absence is **GRANTED**.

So Ordered, this 7th day of January, 215

James E. Graham
United States Magistrate Judge